UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SA CV 11-0235-DOC                                  Date  January 10, 2012

Title  Stephen J. Lindsey, et al. -v- United States Trustee, Region 16

Present: The Honorable   DAVID O. CARTER

| D. Beard for J. Barrera | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AND WHY THIS CASE SHOULD NOT BE CONSOLIDATED WITH SA CV 10-1222-DOC:** *STEPHEN J. LINDSEY, et al. -v- FRANK CARIGAN, etc., et al.*

   The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **January 30, 2012** why this action should not be dismissed for lack of prosecution.

   This Order is based upon appellant's failure to file the documents required by Rule 8006 of the Bankruptcy Rules.  Counsel is advised that the Court will consider the filing of the following documents in Bankruptcy Court with a status report to the District Court as an appropriate response to this Order to Show Cause, on or before the above date, to avoid dismissal:

   _X_   Certificate of Readiness

   ___   Reporter's transcript has not been filed

   ___   Appellant's opening brief

   ___   Appellee's opening brief

   ___   Appellant's reply brief

   Counsel are also ordered to show cause no later than **January 30, 2012** why this case should not be consolidated with SA CV 10-1222-DOC: Stephen J. Lindsey, et al. -v- Frank Carigan, etc., et al.

   If this case has been settled and/or dismissed in the Bankruptcy Court you must file a **separate** dismissal in the District Court.

                                                                                                    :   00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SA CV 11-0235-DOC                                              Date   January 10, 2012

Title   Stephen J. Lindsey, et al. -v- United States Trustee, Region 16

                                                     Initials of Preparer     db for jb